# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| John Karr, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Oil & Gas Transfer, L.L.C., | ) | Case No. 1:16-cv-053 |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

Defendant shall provide plaintiff with copies of settlement agreements relevant to the instant action and in accordance with the terms of the parties' existing protective order.

Dated this 3rd day of February, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court