## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| John Karr, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Oil & Gas Transfer, L.L.C., | ) | Case No.  1:16-cv-053 |
| | ) | |
| Defendant. | ) | |

Before the court is a stipulation filed by the parties on August 31, 2017.  The court **ADOPTS** the parties' stipulation (Docket No.  32) and authorizes defendant to file an Amended Answer and Counterclaim.

Defendant shall file the Amended Answer and Counterclaim by September 8, 2017. Plaintiff's prior Answer to Defendant's Counterclaim shall stand in response to the Amended Answer and Counterclaim and no further responsive pleading shall be required.

**IT IS SO ORDERED.**

Dated this 31st day of August, 2017.

_/s/ Charles S.  Miller, Jr._____
Charles S.  Miller, Jr., Magistrate Judge
United States District Court