# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| John Karr, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Oil & Gas Transfer, L.L.C., | ) | Case No. 1:16-cv-053 |
| | ) | |
| Defendant. | ) | |

On March 29, 2018, defendant filed an objection to plaintiff's subpoenas, a motion to quash, and a motion for a protective order. It objected to and sought to quash: (1) a deposition subpoena and notice deposition directed to William White; and (2) a subpoena duces tecum and notice of deposition directed to non-parties Enable Midstream Partners, LP, Enable Mississippi River Transmission, LLC, and Enable Gas Company, LLC (collectedly referred to as "Enable").

On April 2, 2018, Enable filed an objection along with its own motion to quash plaintiff's subpoena duces tecum and notice of deposition. That same day the court held a status conference by telephone with counsel for plaintiff, defendant, and Enable. During the conference, plaintiff's counsel expressed confidence that an agreement could be reached with Enable regarding the production of documents.

Immediately following the status conference, the court issued an order in which it: (1) denied defendant's motions as they pertained to William White; and (2) took Enable's motion and defendant's motions as they pertained to Enable under advisement with the caveat that they would be dismissed as moot in 30 days unless the parties or Enable filed notice that no agreement regarding the production of documents was reached.

Thirty days have now passed since the court issued its order. Notably, no one has contacted the court to advise that the dispute regarding Enable's production of documents remains unresolved. Consequently, the defendant's motions as they pertain to Enable (Doc. No. 46) and Enable's motion (Doc. No. 51) are deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2018.

                                             */s/ Charles S. Miller, Jr.*
                                             Charles S. Miller, Jr., Magistrate Judge
                                             United States District Court